Argued and submitted December 14, 1992, reversed and remanded for
reconsideration January 6, 1993

In the Matter of the Compensation of
Aletha R. Samperi, Claimant.
MERLE WEST MEDICAL CENTER,
*Petitioner,*

*v.*

Aletha SAMPERI,
*Respondent.*

(WCB 91-09848; CA A75564)

842 P2d 820

Adam T. Stamper, Medford, argued the cause for petitioner. With him on the brief was Cowling & Heysell, Medford.

Michael Ratliff and Parks & Ratliff, Klamath Falls, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).